

# ORLAND FIRE PROTECTION DISTRICT

*Written Request for FOIA Records*

Please submit request to (708) 349-0354 **(fax)**, k.sullivan@orlandfire.org **(e-mail)**, or 9790 W. 151st Street, Orland Park, IL 60462 **(mail or person)**. If submitted via e-mail, please use "FOIA Request" as the subject line to identify your e-mail and to reduce the possibility of it being filtered as spam.

**Name:** Jamie Isabelli     **Date:** 10/23/20

**E-Mail:** jamiewojcik87@gmail.com     **Phone:** (708) 264-4400

**Address:** 413 Mooney Drive, Joliet, Illinois 60435

☐ Fire Report    ☑ Car Fire    ☐ Ambulance Report    ☐ Hazardous Spill    ☐ Other

**Date:** 08/06/20    **Location:** 14482 Streamwood Drive, Orland Park, IL 60467

**Detailed Description:**
Fatal care fire at the intersection of Streamwood Drive and Pinewood Drive. Requesting NIFRS report as well as Fire Investigation report. Please contact if any further information is needed.

*Police report # 19-209398*

☐ I am requesting to inspect these records at the Orland Fire Protection District Administration Office.

☑ I am requesting to receive copies of these records from the Orland Fire Protection District. I understand that I will receive 50 printed pages free of charge (black and white letter or legal sized) but will be charged a set fee of $0.15 per every printed page after that. I will pay this charge in full when the copies are picked up.

**Signature:** *[signature]*     **Date:** 10/23/20

# NFIRS-1 Basic

## A

| FDID | State | Month | Day | Year | Station | Number | Exposure |
|---|---|---|---|---|---|---|---|
| CS132 | IL | 08 | 06 | 2019 | Station 3 (3) | 201906181 | 0 |

## B Location Type

Census tract: ____

☑ Street Address
☐ Intersection
☐ In Front Of
☐ Rear Of
☐ Adjacent To
☐ Directions
☐ US National Grid

| Number | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|
| 14482 | | Streamwood | DR-Drive | |

| Apt./Suite/Room | City | State | Zip Code |
|---|---|---|---|
| | Orland Park | IL | 60467 |

Cross Street: ____

## C Incident Type

131-Passenger vehicle fire

## D Aid Given Or Received

☐ 1 Mutual Aid Received
☐ 2 Auto. Aid Received
☐ 3 Mutual Aid Given
☐ 4 Auto. Aid Given
☐ 5 Other Aid Given
☑ None

Their FDID: ____  Their State: Illinois
Their Incident Number: ____

## E1 Dates and Times

| | Month | Day | Year | Time |
|---|---|---|---|---|
| Alarm | 08 | 06 | 2019 | 07:31 |
| Arrival | 08 | 06 | 2019 | 07:37 |
| Controlled | | | | |
| Last Unit Cleared | 08 | 06 | 2019 | 14:17 |

## E2 Shifts and Alarms

| Shift or Platoon | Alarms | District |
|---|---|---|
| Gold | | |

## E3 Special Studies

| ID# | Value |
|---|---|
| 600 | Not Applicable |

## F Actions Taken

11-Extinguishment by fire service personnel

Primary Action Taken

## G1 Resources
☑ Apparatus or Personnel Module is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 7 | 11 |
| EMS | 2 | 4 |
| Other | 2 | 2 |

☐ Resource counts include aid received resources.

## G2 Estimated Dollar Losses and Values

**Losses:** Required for all fires if known. Optional for all non-fires. None

Property: $ _____ ☑
Contents: $ 500.00 ☐

**Pre-Incident Values:** Optional None

Property: $ 5,000.00 ☐
Contents: $ 500.00 ☐

## Completed Modules
☐ 2 - Fire
☐ 3 - Structure Fire
☐ 4 - Civilian Fire Cas.
☐ 5 - Fire Service Cas.
☐ 6 - EMS
☐ 7 - HazMat
☐ 8 - Wildland Fire
☐ 9 - Apparatus
☐ 10 - Personnel
☐ 11 - Arson

## H1 Casualties ☑ None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

## H2 Detector
Required for Confined Fires
☐ 1 - Detector Alerted Occupants
☐ 2 - Detector Did Not Alert Them
☐ 3 - Unknown

## H3 Hazardous Materials Release
☐ 1 - Natural Gas
☐ 2 - Propane Gas
☐ 3 - Gasoline
☐ 4 - Kerosene
☐ 5 - Diesel Fuel / Fuel Oil
☐ 6 - Household Solvents
☐ 7 - Motor Oil
☐ 8 - Paint
☐ 0 - Other
☑ None

## I Mixed Use Property
☐ Not Mixed
☐ 10 - Assembly Use
☐ 20 - Education Use
☐ 33 - Medical Use
☐ 40 - Residential Use
☐ 51 - Row Of Stores
☐ 53 - Enclosed Mall
☐ 58 - Business and Residential
☐ 59 - Office Use
☐ 60 - Industrial Use
☐ 63 - Military Use
☐ 65 - Farm Use
☐ 00 - Other Mixed Use

## J Property Use ☐ None

**Structures**
131 ☐ Church, Place of Worship
161 ☐ Restaurant or Cafeteria
162 ☐ Bar/Tavern or Nightclub
213 ☐ Elementary School, Kindegarten
215 ☐ High School, Junior High
241 ☐ College, Adult Education
311 ☐ Nursing Home
331 ☐ Hospital
341 ☐ Clinic, Clinic-Type Infirmary
342 ☐ Doctor/Dentist Office
361 ☐ Prison or Jail, Not Juvenile
419 ☐ 1- or 2-Family Dwelling
429 ☐ MultiFamily Dwelling
439 ☐ Rooming/Boarding House
449 ☐ Commerical Hotel or Motel
459 ☐ Residential, Board and Care
464 ☐ Dormitory/Barracks
519 ☐ Food and Beverage Sales
539 ☐ Household Goods, Sales, Repairs
571 ☐ Gas or Service Station
579 ☐ Motor Vehicle/Boat Sales/Repairs
599 ☐ Business Office
615 ☐ Electric-Generating Plant
629 ☐ Laboratory/Science Laboratory
700 ☐ Manufacturing Plant
819 ☐ Livestock/Poultry Storage (Barn)
882 ☐ Non-Residential Parking Garage
891 ☐ Warehouse

**Outside**
124 ☐ Playground or Park
655 ☐ Crops or Orchard
669 ☐ Forest (Timberland)
807 ☐ Outdoor Storage Area
919 ☐ Dump or Sanitary Landfill
931 ☐ Open Land or Field
936 ☐ Vacant Lot
938 ☐ Graded/Cared for Plot of Land
946 ☐ Lake, River, Stream
951 ☐ Railroad Right-of-Way
960 ☐ Other Street
961 ☐ Highway/Divided Highway
962 ☑ Residential Street/Driveway
981 ☐ Construction Site
984 ☐ Industrial Plant Yard

**Property Use:** _____

**Description**
Look up and enter a Property Use code and description only if you have NOT checked a Property Use box.

## K1

**Person/Entity Involved**

| Local Option | Person/Entity Type | Business Name (if applicable) | Phone Number |
|---|---|---|---|
| | UNKNOWN | UNKNOWN | |

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |
|---|---|---|---|---|
| 14500 | | STREAMWOOD | DR-Drive | |

| Number | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|

| Post Office Box | Apt./Suite/Room | City |
|---|---|---|
| | | Village of Orland Park |

| State | | Zip Code |
|---|---|---|
| IL | | 60462 |

**K2**

**Owner**

| | | |
|---|---|---|
| Local Option | Person/Entity Type | Business Name (if applicable) | Phone Number |

| Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix |

| Number | Prefix | Street or Highway | Street Type | Suffix |

| Post Office Box | Apt./Suite/Room | City |

| State | Zip Code |

---

**L Remarks:**

E3, A3, T1, Bat6 dispatched to a car fire in the middle of the street. Upon arrival, found vehicle in the middle of Streamwood Dr with a fully involved passenger compartment fire. E3 deployed 100ft of 1 3/4" line from the front bumper and applied about 50 gallons of water through the burned out windshield which extinguished most of the fire. The driver's door was opened and a body was found severely burned in the driver's seat. Pt had obvious signs of death and the scene was treated as a crime scene. The driver's side headlight was removed and the hood latch cable was accessed to open the hood. The engine compartment was not involved. We ensured the fire was out. Blankets from A3 were wetted down and placed over the vehicle for privacy. Scene was turned over to B/C Leddin.

---

**M Authorization**

| 0065 | Stachnik, Robert | Battalion Chief | | 08/14/2019 |
|---|---|---|---|---|
| Officer In Charge ID | Signature | Position or Rank | Assignment | Date |
| 6151 | Leddin, William | Battalion Chief | | 08/14/2019 |
| Member Making Report ID | Signature | Position or Rank | Assignment | Date |

# NFIRS-2 Fire

**A**

| CS132 | IL | 08 | 06 | 2019 | Station 3 (3) | 201906181 | 0 |
|---|---|---|---|---|---|---|---|
| FDID | State | Month | Day | Year | Station | Number | Exposure |

**B**
**Property Details**

B1 [____] ☒ Not Residential
Estimated number of residential living units in the building of origin whether or not all units became involved

B2 [____] ☐ Buildings Not Involved
Number of buildings involved

B3 [____] ☒ None ☐ Less than 1 acre
Acres burned (outside fires)

**C**
**On-Site Materials Or Products**

**On-Site Materials Storage Use**

**D**
**Ignition**

D1: 81-Operator/passenger area of transportation equipment
Area of Fire Origin

D2: 00-Heat source: other
Heat Source

D3: 99-Multiple items first ignited
Item First Ignited

D4: [____]
Type of Material First Ignited

**E1**
**Cause of Ignition**
☐ 1 - Intentional
☐ 2 - Unintentional
☐ 3 - Failure of Equipment or Heat Source
☐ 4 - Act of Nature
☒ 5 - Cause Under Investigation
☐ U - Cause Undetermined After Investigation

**E2**
**Factors Contributing to Ignition**

00-Factors contributing to ignition, other
Factor Contributing to Ignition

**E3**
**Human Factors Contributing to Ignition**

Check all applicable boxes
☐ None
☐ 1 - Asleep
☐ 2 - Possibly impaired by alcohol or drugs
☐ 3 - Unattended person
☒ 4 - Possibly Mentally Disabled
☐ 5 - Physically Disabled
☐ 6 - Multiple Persons Involved

☐ 7 - Age Was A Factor
Estimated Age of Person Involved [____]
☐ Male   ☐ Female

**F1**
**Equipment Involved In Ignition**
☒ None

[U]
Equipment Involved

Brand [____]
Model [____]
Serial # [____]
Year [____]

**F2**
**Equipment Power Source**

[U]
Equipment Power Source

**F3**
**Equipment Portability**

☐ 1 - Portable
☐ 2 - Stationary
Portable equipment normally can be moved by one or two persons.

**G**
**Fire Suppression Factors**

| H1 Mobile Property Involved | H2 Mobile Property Type and Make | Local Use |
|---|---|---|
| ☑ 1 - Not involved in ignition, but burned<br>☐ 2 - Involved in ignition, but did not burn<br>☐ 3 - Involved in ignition and burned<br>☐ None | 10-Passenger or road vehicles, other<br>Mobile Property Type<br><br>CH-Chevrolet<br>Mobile Property Make | ☐ Pre-Fire Plan Available<br>☐ Arson Report Attached<br>☐ Police Report Attached<br>☐ Coroner Report Attached<br>☐ Other Reports Attached |

| | | |
|---|---|---|
| MALIBU | 2010 | |
| Mobile Property Model | Year | |
| ILLINOIS | 00000000001 | |
| State   License Plate Number | VIN | |

# NFIRS-6 EMS (Patient 1 of 1)

## A
| FDID | State | Month | Day | Year | Station | Number | Exposure |
|---|---|---|---|---|---|---|---|
| CS132 | IL | 08 | 06 | 2019 | Station 3 (3) | 201906181 | 0 |

## B
Number of Patients: 1
Patient Number: 1

## C
Date/Time
Time Arrived At Patient: 08/06/2019   07:39
Time of Patient Transfer: ____ ____

## D
**Provider Impression/Assessment**

- ☐ 10 - Abdominal Pain
- ☐ 11 - Airway Obstruction
- ☐ 12 - Allergic Reaction
- ☐ 13 - Altered LOC
- ☐ 14 - Behavioral/Psych
- ☐ 15 - Burns
- ☐ 16 - Cardiac Arrest
- ☐ 17 - Cardiac Dysrhythmia
- ☐ 18 - Chest Pain
- ☐ 19 - Diabetic Symptom
- ☐ 20 - Do Not Resuscitate
- ☐ 21 - Electrocution
- ☐ 22 - General Illness
- ☐ 23 - Hemorrhaging/Bleeding
- ☐ 24 - Hyperthermia
- ☐ 25 - Hypothermia
- ☐ 26 - Hypovolemia
- ☐ 27 - Inhalation Injury
- ☑ 28 - Obvious Death
- ☐ 29 - OD/Poisoning
- ☐ 30 - Pregnancy/OB
- ☐ 31 - Respiratory Arrest
- ☐ 32 - Respiratory Distress
- ☐ 33 - Seizure
- ☐ 34 - Sexual Assault
- ☐ 35 - Sting/Bite
- ☐ 36 - Stroke/CVA
- ☐ 37 - Syncope
- ☐ 38 - Trauma
- ☐ 00 - Other
- ☐ None/No Patient/Refused Treatment

## E1
**Age or Date Of Birth**
Age: ____
OR
Date of Birth: ____

## F1
**Race**
- ☐ 1 - White
- ☐ 2 - Black, African American
- ☐ 3 - Am. indian, Alaska Native
- ☐ 4 - Asian
- ☐ 5 - Native Hawaiian, Other Pacific Islander
- ☐ 0 - Other, Multiracial
- ☐ U - Undetermined

## G1
**Human Factors Contributing to Injury**
- ☑ None

## G2
**Other Factors**
- ☐ 1 - Accidental
- ☐ 2 - Self-Inflicted
- ☐ 3 - Inflicted, Not Self
- ☑ None

## E2
**Gender**
- ☑ 1 - Male
- ☐ 2 - Female

## F2
**Ethnicity**
- ☐ 1 - Hispanic or Latino
- ☐ 2 - Non Hispanic or Latino

## H1 / H2
**Body Site of Injury / Injury Type**

## H3
**Cause of Illness/Injury**
22-Fire and flames

## I
**Procedures Used**
- ☐ 01- Airway Insertion
- ☐ 02 - Anti-Shock Trousers
- ☐ 03 - Assist Ventilation
- ☐ 04 - Bleeding Control
- ☐ 05 - Burn Care
- ☐ 06 - Cardiac Pacing
- ☐ 07 - Cardioversion (Defib) Manual
- ☐ 08 - Chest/Abdominal Thrust
- ☐ 09 - CPR
- ☐ 10 - Cricothyroidotomy
- ☐ 11 - Defibrillation by AED
- ☐ 12 - EKG Monitoring
- ☐ 13 - Extrication
- ☐ 14 - Intubation (EGTA)
- ☐ 15 - Intubation (ET)
- ☐ 16 - IO/IV Therapy
- ☐ 17 - Medications Therapy
- ☐ 18 - Oxygen Therapy
- ☐ 19 - OB Care/Delivery
- ☐ 20 - Prearrival Instructions
- ☐ 21 - Restrain Patient
- ☐ 22 - Spinal Immobilization
- ☐ 23 - Splinted Extremities
- ☐ 24 - Suction/Aspirate
- ☐ 00 - Other
- ☑ None

## J
**Safety Equipment**
- ☐ 1 - Safety/Seat Belts
- ☐ 2 - Child Safety Seat
- ☐ 3 - Airbag
- ☐ 4 - Helmet
- ☐ 5 - Protective Clothing
- ☐ 6 - Flotation Device
- ☐ 0 - Other
- ☐ U - Undetermined
- ☑ None

## K
**Cardiac Arrest**
- ☐ 1 - Pre-Arrival Arrest?
- ☐ 2 - Post-Arrival Arrest?

If pre-arrival arrest,
- ☐ 1 - Witnessed?
- ☐ 2 - Bystander CPR?

Inital Arrest Rhythm
- ☐ 1 - V-Fib/V-Tach
- ☐ 0 - Other
- ☐ U - Undetermined

| L1 | L2 | M | N |
|---|---|---|---|
| **Initial Level of Provider**<br>☐ 1 - First Responder<br>☐ 2 - EMT-B (Basic)<br>☐ 3 - EMT-I (Intermediate)<br>☐ 4 - EMT-P (Paramedic)<br>☐ 0 - Other Provider<br>☐ N - No Training | **Highest Level of Care Provided on Scene**<br>☐ 1 - First Responder<br>☐ 2 - EMT-B (Basic)<br>☐ 3 - EMT-I (Intermediate)<br>☐ 4 - EMT-P (Paramedic)<br>☐ 0 - Other Provider<br>☑ None | **Patient Status**<br>☐ 1 - Improved<br>☐ 2 - Remained the Same<br>☐ 3 - Worsened<br>☐ 1 - Pulse on Transfer<br>☐ 2 - No Pulse on Transfer | **EMS Disposition**<br>☐ 1 - FD Transport to ECF<br>☐ 2 - Non-FD Transport<br>☐ 3 - Non-FD Trans/FD Attend<br>☐ 4 - Non-Emergency Transfer<br>☐ 0 - Other<br>☐ Not Transported |

# NFIRS-9 Apparatus or Resources

A

| FDID | State | Month | Day | Year | Station | Number | Exposure |
|------|-------|-------|-----|------|---------|--------|----------|
| CS132 | IL | 08 | 06 | 2019 | Station 3 (3) | 201906181 | 0 |

| B Apparatus/Resource | Dates/Times | | | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|---|---|
| ID: 6108<br>Type: 60-Support apparatus, other | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 09:27<br>09:33<br>11:07 | ☑ Sent | 1 | ☐ Suppression<br>☐ EMS<br>☑ Other | ☐ |
| ID: A3<br>Type: 76-ALS unit | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 07:31<br>07:37<br>08:12 | ☑ Sent | 2 | ☐ Suppression<br>☑ EMS<br>☐ Other | ☐ |
| ID: A6<br>Type: 76-ALS unit | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 08:03<br>08:19<br>14:17 | ☑ Sent | 2 | ☐ Suppression<br>☑ EMS<br>☐ Other | ☐ |
| ID: BAT2<br>Type: 92-Chief officer car | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 07:45<br>07:50<br>13:57 | ☐ Sent | 1 | ☑ Suppression<br>☐ EMS<br>☐ Other | ☐ |
| ID: BAT6<br>Type: 92-Chief officer car | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 07:31<br>07:41<br>08:39 | ☑ Sent | 1 | ☑ Suppression<br>☐ EMS<br>☐ Other | ☐ |
| ID: C1<br>Type: 92-Chief officer car | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 07:50<br>07:59<br>08:37 | ☑ Sent | 1 | ☑ Suppression<br>☐ EMS<br>☐ Other | ☐ |
| ID: C2<br>Type: 92-Chief officer car | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 07:46<br>07:48<br>08:39 | ☑ Sent | 1 | ☑ Suppression<br>☐ EMS<br>☐ Other | ☐ |
| ID: C3<br>Type: 92-Chief officer car | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 08:00<br>08:00<br>08:09 | ☑ Sent | 1 | ☑ Suppression<br>☐ EMS<br>☐ Other | ☐ |
| ID: E3<br>Type: 11-Engine | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 07:31<br>07:37<br>13:53 | ☑ Sent | 3 | ☑ Suppression<br>☐ EMS<br>☐ Other | ☐ |
| ID: S6025 (Mutual Aid Vehicle)<br>Type: 60-Support apparatus, other | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 07:58<br>08:19<br>13:54 | ☐ Sent | 0 | ☐ Suppression<br>☐ EMS<br>☑ Other | ☐ |
| ID: T1<br>Type: 12-Truck or aerial | Dispatch:<br>Arrival:<br>Clear: | 08/06/2019<br>08/06/2019<br>08/06/2019 | 07:31<br>07:41<br>07:41 | ☐ Sent | 3 | ☑ Suppression<br>☐ EMS<br>☐ Other | ☐ |

# NFIRS-10 Personnel

**A**

| FDID | State | Month | Day | Year | Station | Number | Exposure |
|---|---|---|---|---|---|---|---|
| CS132 | IL | 08 | 06 | 2019 | Station 3 (3) | 201906181 | 0 |

**B**

| Apparatus/Resource | Dates/Times | | | Sent | Number of People | Apparatus Use | Actions Taken |
|---|---|---|---|---|---|---|---|
| ID: 6108 | Dispatch: | 08/06/2019 | 09:27 | ☑ Sent | 1 | ☐ Suppression<br>☐ EMS<br>☑ Other | |
| Type: 60-Support apparatus, other | Arrival: | 08/06/2019 | 09:33 | | | | |
| | Clear: | 08/06/2019 | 11:07 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 0555 | Neumann, William | Dispatch Supervisor | | ☐ | |

| ID: A3 | Dispatch: | 08/06/2019 | 07:31 | ☑ Sent | 2 | ☐ Suppression<br>☑ EMS<br>☐ Other | |
|---|---|---|---|---|---|---|---|
| Type: 76-ALS unit | Arrival: | 08/06/2019 | 07:37 | | | | |
| | Clear: | 08/06/2019 | 08:12 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 0218 | McKendry, Johnathan | Firefighter | | ☐ | |
| 0214 | Proctor, Robert | Firefighter | | ☐ | |

| ID: A6 | Dispatch: | 08/06/2019 | 08:03 | ☑ Sent | 2 | ☐ Suppression<br>☑ EMS<br>☐ Other | |
|---|---|---|---|---|---|---|---|
| Type: 76-ALS unit | Arrival: | 08/06/2019 | 08:19 | | | | |
| | Clear: | 08/06/2019 | 14:17 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 0219 | Bouche, Ryan | Firefighter | | ☐ | |
| 0217 | Mejdrech, Daniel | Firefighter | | ☐ | |

| ID: BAT2 | Dispatch: | 08/06/2019 | 07:45 | ☐ Sent | 1 | ☑ Suppression<br>☐ EMS<br>☐ Other | |
|---|---|---|---|---|---|---|---|
| Type: 92-Chief officer car | Arrival: | 08/06/2019 | 07:50 | | | | |
| | Clear: | 08/06/2019 | 13:57 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 6151 | Leddin, William | Battalion Chief | | ☐ | |

| ID: BAT6 | Dispatch: | 08/06/2019 | 07:31 | ☑ Sent | 1 | ☑ Suppression<br>☐ EMS<br>☐ Other | |
|---|---|---|---|---|---|---|---|
| Type: 92-Chief officer car | Arrival: | 08/06/2019 | 07:41 | | | | |
| | Clear: | 08/06/2019 | 08:39 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 0065 | Stachnik, Robert | Battalion Chief | | ☐ | |

| ID: C1 | Dispatch: | 08/06/2019 | 07:50 | ☑ Sent | 1 | ☑ Suppression<br>☐ EMS<br>☐ Other | |
|---|---|---|---|---|---|---|---|
| Type: 92-Chief officer car | Arrival: | 08/06/2019 | 07:59 | | | | |
| | Clear: | 08/06/2019 | 08:37 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 6071 | Schofield, Michael | Chief | | ☐ | ☐ |

| ID: | C2 | Dispatch: | 08/06/2019 | 07:46 | ☑ Sent | 1 | ☑ Suppression ☐ EMS ☐ Other | ☐ |
|---|---|---|---|---|---|---|---|---|
| Type: | 92-Chief officer car | Arrival: | 08/06/2019 | 07:48 | | | | |
| | | Clear: | 08/06/2019 | 08:39 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 6221 | Cinquepalmi, Nicholas | Deputy Chief | | ☐ | ☐ |

| ID: | C3 | Dispatch: | 08/06/2019 | 08:00 | ☑ Sent | 1 | ☑ Suppression ☐ EMS ☐ Other | ☐ |
|---|---|---|---|---|---|---|---|---|
| Type: | 92-Chief officer car | Arrival: | 08/06/2019 | 08:00 | | | | |
| | | Clear: | 08/06/2019 | 08:09 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 0095 | Piper, David | Battalion Chief | | ☐ | ☐ |

| ID: | E3 | Dispatch: | 08/06/2019 | 07:31 | ☑ Sent | 3 | ☑ Suppression ☐ EMS ☐ Other | ☐ |
|---|---|---|---|---|---|---|---|---|
| Type: | 11-Engine | Arrival: | 08/06/2019 | 07:37 | | | | |
| | | Clear: | 08/06/2019 | 13:53 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 0192 | Paliga, Brian | Engineer | | ☐ | ☐ |
| 0126 | Pape, James | Firefighter | | ☐ | ☐ |
| 0181 | Ritchie, Daniel | Lieutenant | | ☐ | ☐ |

| ID: | S6025 (Mutual Aid Vehicle) | Dispatch: | 08/06/2019 | 07:58 | ☐ Sent | 0 | ☐ Suppression ☐ EMS ☑ Other | ☐ |
|---|---|---|---|---|---|---|---|---|
| Type: | 60-Support apparatus, other | Arrival: | 08/06/2019 | 08:19 | | | | |
| | | Clear: | 08/06/2019 | 13:54 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|

| ID: | T1 | Dispatch: | 08/06/2019 | 07:31 | ☐ Sent | 3 | ☑ Suppression ☐ EMS ☐ Other | ☐ |
|---|---|---|---|---|---|---|---|---|
| Type: | 12-Truck or aerial | Arrival: | 08/06/2019 | 07:41 | | | | |
| | | Clear: | 08/06/2019 | 07:41 | | | | |

| Personnel ID | Name | Rank | Role | Attend | Actions Taken |
|---|---|---|---|---|---|
| 0165 | Griffin III, Robert | Lieutenant | | ☐ | ☐ |
| 0149 | Mandekich, Joseph | Engineer | | ☐ | ☐ |
| 0204 | Miller, Joseph | Firefighter | | ☐ | ☐ |

# NFIRS-11 Arson

**A**

| FDID | State | Month | Day | Year | Station | Number | Exposure |
|---|---|---|---|---|---|---|---|
| CS132 | IL | 08 | 06 | 2019 | Station 3 (3) | 201906181 | 0 |

**B**

**Agency Referred To**
☑ None

Agency Name | Their Case Number

Number | Prefix | Street or Highway | Street Type | Suffix | Their ORI

P.O. Box | Apt./Suite/Room | City | Federal Identifier (FID)

State | Zip Code | Agency Phone Number | Their FDID

**C**
**Case Status**
☐ 1 - Investigation Open
☐ 2 - Investigation Closed
☐ 3 - Investigation Inactive
☐ 4 - Closed with Arrest
☐ 5 - Closed with Exceptional Clearance

**D**
**Availability of Material First Ignited**
☐ 1 - Transported to Scene
☐ 2 - Available at Scene
☐ U - Unknown

**E**
**Suspected Motivation Factors**

☐ 11 - Extortion
☐ 12 - Labor Unrest
☐ 13 - Insurance Fraud
☐ 14 - Intimidation
☐ 15 - Void Contract/Lease

☐ 21 - Personal
☐ 22 - Hate Crime
☐ 23 - Institutional
☐ 24 - Societal
☐ 31 - Protest
☐ 32 - Civil Unrest
☐ 41 - Fireplay/Curiosity

☐ 42 - Vanity/Recognition
☐ 43 - Thrills
☐ 44 - Attention/Sympathy
☐ 45 - Sexual Excitement
☐ 51 - Homocide
☐ 52 - Suicide
☐ 53 - Domestic Violence

☐ 54 - Burglary
☐ 61 - Homocide Concealment
☐ 62 - Burglary Concealment
☐ 63 - Auto Theft Concealment
☐ 64 - Destroy Records/Evidence
☐ 00 - Other Suspended Motivation
☐ UU - Unknown Motivation

| F | H |
|---|---|
| **Apparant Group Involvement**<br>☐ 1 - Terrorist Group<br>☐ 2 - Gang<br>☐ 3 - Anti-Government Group<br>☐ 4 - Outlaw Motorcycle Organization<br>☐ 5 - Organized Crime<br>☐ 6 - Racial/Ethnic Hate Group<br>☐ 7 - Religious Hate Group<br>☐ 8 - Sexual Preference Hate Group<br>☐ 0 - Other Group<br>☐ U - Unknown | **Incendiary Devices**<br>**Container** ☑ None<br>☐ 11 - Bottle (Glass)  ☐ 14 - Pressurized Container  ☐ 17 - Box<br>☐ 12 - Bottle (Plastic)  ☐ 15 - Can (Not Gas or Fuel)  ☐ 00 - Other Container<br>☐ 13 - Jug  ☐ 16 - Gasoline or Fuel Can  ☐ UU - Unknown |
| G1<br>**Entry Method**<br>U | **Ignition/Delay Device** ☑ None<br>☐ 11 - Wick or Fuse         ☐ 17 - Road Flare/Fuse<br>☐ 12 - Candle                ☐ 18 - Chemical Component<br>☐ 13 - Cigarette and Matchbook  ☐ 19 - Trailer/Streamer<br>☐ 14 - Electronic Component  ☐ 20 - Open Flame Source<br>☐ 15 - Mechanical Device    ☐ 00 - Other Delay Device<br>☐ 16 - Remote Control        ☐ UU - Unknown |
| G2<br>**Extent of Fire Involvement on Arrival**<br>U | **Fuel** ☑ None<br>☐ 11 - Ordinary Combustibles  ☐ 16 - Pyrotechnic Material<br>☐ 12 - Flammable Gas          ☐ 17 - Explosive Material<br>☐ 14 - Ignitable Liquid       ☐ 00 - Other Material<br>☐ 15 - Ignitable Solid         ☐ UU - Unknown |

| I | J | K |
|---|---|---|
| **Other Investigative Information**<br>☐ 1 - Code Violations<br>☐ 2 - Structure For Sale<br>☐ 3 - Structure Vacant<br>☐ 4 - Other Crimes Involved<br>☐ 5 - Illicit Drug Activity<br>☐ 6 - Change in Insurance<br>☐ 7 - Financial Problem<br>☐ 8 - Criminal/Civil Actions Pending | **Property Ownership**<br>☐ 1 - Private<br>☐ 2 - City, Town, Village, Local<br>☐ 3 - County or Parish<br>☐ 4 - State or Province<br>☐ 5 - Federal<br>☐ 6 - Foreign<br>☐ 7 - Military<br>☐ 0 - Other | **Initial Observations**<br>☐ 1 - Windows Ajar  ☐ 5 - Fire Department Forced Entry<br>☐ 2 - Doors Ajar     ☐ 6 - Entry Forced Prior to FD Arrival<br>☐ 3 - Doors Locked  ☐ 7 - Security System Activated<br>☐ 4 - Doors Unlocked  ☐ 8 - Security System Present (not activated) |
| | | L<br>**Laboratory Used** ☑ None<br>☐ 1 - Local  ☐ 3 - ATF  ☐ 5 - Other Federal<br>☐ 2 - State  ☐ 4 - FBI  ☐ 6 - Private |

# NFIRS-1S Supplemental

**A**

| FDID | State | Month | Day | Year | Station | Number | Exposure |
|---|---|---|---|---|---|---|---|
| CS132 | IL | 08 | 06 | 2019 | Station 3 (3) | 201906181 | 0 |

**Additional Narrative (#1 of 1):**

[1] Automatic Case Number(s) issued for Orland FPD: 201906181.
[2] 911 call for the car on fire, in the middle of street
[3] pd enroute
[4] transfer call for cook county sheriff
[5] E3 on scene fully involved car fire in the middle of the street
[6] pd eta 5 min
[7] c2 requesting C1 to the scene. reporting a fatality
[8] bat2 requesting state fire marshall to the scene
[9] bat2 requesting sqaud 6025 with investigator rafferty
[10] notified iema - kevin smith being contacted
[11] state fire marshall on the scene
[12] 1st Caller - Diane Bradaric
[13] alt phone phone # for Diane Bradaric
[14] bat2 requesting 6108 with the drone
[15] 6108 eta 20min
[16] Body Removed from van. company contracted by Cook County police to transport to morgue..
[17] Jerald. Sharon Wojcik.   2004. Chevrolet. Monte Carlo.                      State farm
[18] per bat2 - all companies clear of scene

**E3 Supplemental Special Studies**
Local Option

| # | Special Study ID# | Special Study Value | # | Special Study ID# | Special Study Value | # | Special Study ID# | Special Study Value | # | Special Study ID# | Special Study Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 600 | Not Applicable | 2 | 601 | Not Applicable | 3 | 603 | Not Applicable | 4 | 604 | Not Applicable |
| 5 | 605 | Not Applicable | 6 | | | 7 | | | 8 | | |