

# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
# INCIDENT REPORT

1401 S. Maybrook Drive, Maywood, Illinois 60153

**SH-19-00209398**

---

## I-UCR Offense Code: Primary and Secondary Classification

**Classifications**
7313 - FIRE/EXPLOSION
7636 - DEATH INVESTIGATION

## Address of Occurrence

**Location Code - Primary**
304 - STREET

**Location Code - Secondary**

**Address**
14482 streamwood orland park il 60467

**Beat of Occurrence**
47

**Is this Location a Licensed Premise?** NO

## Date and Time of Occurrence

**Is Date Range?** NO

| | | | |
|---|---|---|---|
| **Occurrence Date** | **Occurrence Time** | **R.O. Arrival Date** | **R.O. Arrival Time** |
| 06-AUG-2019 | 0731 | 06-AUG-2019 | 0750 |

**Case Report Number (CR Number)**
SH-19-00209398

**Unit**
PBVA / PATROL / BRIDGEVIEW AREA

---

| | | | |
|---|---|---|---|
| NO | Was this Domestic Battery Related? | YES | Was this Incident Fire Related? |
| NO | Was this Incident Gang Related? | NO | Was a Victim Information Notice Given? |
| NO | Was this Incident a result of a Chicago Initiative Detail? | NO | Was this Incident a result of a Hireback Detail? |
| NO | Was this Incident Mental Health related? | YES | Preliminary Investigation Recorded on Body-Worn Camera? |
| NO | Use of Force Involved? | YES | Body-worn Camera Recording(s) Reviewed? |
| NO | Was a DIN (Domestic Information Notice) Given? | NO | Was a SAIN (Sexual Assault Incident Notice) Given? |
| NO | Was a Victim/Complainant Signature Form Completed? | | |

## People Specific Information

---

### Non-Offender Details

(WITNESS - BRADARIC, Diane )

#### Demographics

| | |
|---|---|
| **Role** | **Type** |
| WITNESS | INDIVIDUAL |

| | | | |
|---|---|---|---|
| **Information Refused?** NO | **Injured?** NO | **Law Enforcement Officer?** NO | **Sheriff's Employee?** NO |
| **Last Name** BRADARIC | **First Name** DIANE | **Middle Name** | **Name Suffix** |
| **Alias Last Name** | **Alias First Name** | **Maiden Name** | **Nickname** |
| **Sobriety** SOBER | **Birthdate** ▇▇▇▇ | **Place of Birth** | |

EXHIBIT B, Page 001

---

COOK COUNTY SHERIFF'S POLICE DEPARTMENT - INCIDENT REPORT     SH-19-00209398

## People Specific Information

### Demographics

| Sex | Race | | Age (From) | Age (To) | Age Units | Age Estimated? |
|---|---|---|---|---|---|---|
| FEMALE | WHITE | | 56 | | | NO |

| Height (From) | Height (To) | Weight (From) | Weight (To) | Complexion | |
|---|---|---|---|---|---|
| 504 | | 120 | | FAIR | |

| Eye Color | Hair Color | Hair Style | Build | Facial Hair |
|---|---|---|---|---|
| BROWN | BLOND/STRAWBERRY | MEDIUM | HEAVY | |

### Address of Residence

| Street # | Half Addr.? | Street Dir. | Street Name | | Unit # |
|---|---|---|---|---|---|
| ███ | | | ███████ | | |

| City | State | Zip Code | Beat |
|---|---|---|---|
| ORLAND PARK | ILLINOIS | 60467 | 46 |

### Identification Cards / Forms

| ID Type | ID Number | ID State / Country | ID Issued by |
|---|---|---|---|
| DRIVERS LICENSE | ██████ | ILLINOIS | |

## Non-Offender Details

(WITNESS - GRYSBECK, Linda )

### Demographics

| Role | Type |
|---|---|
| WITNESS | INDIVIDUAL |

| Information Refused? | NO | Injured? | NO | Law Enforcement Officer? | NO | Sheriff's Employee? | NO |
|---|---|---|---|---|---|---|---|

| Last Name | First Name | Middle Name | Name Suffix |
|---|---|---|---|
| GRYSBECK | LINDA | | |

| Alias Last Name | Alias First Name | Maiden Name | Nickname |
|---|---|---|---|
| | | | |

| Sobriety | Birthdate | Place of Birth |
|---|---|---|
| SOBER | ██████ | |

| Sex | Race | | Age (From) | Age (To) | Age Units | Age Estimated? |
|---|---|---|---|---|---|---|
| FEMALE | WHITE | | 69 | | | NO |

| Height (From) | Height (To) | Weight (From) | Weight (To) | Complexion | |
|---|---|---|---|---|---|
| 509 | | 170 | | FAIR | |

| Eye Color | Hair Color | Hair Style | Build | Facial Hair |
|---|---|---|---|---|
| GREEN | BLOND/STRAWBERRY | MEDIUM | MEDIUM | |

### Address of Residence

| Street # | Half Addr.? | Street Dir. | Street Name | | Unit # |
|---|---|---|---|---|---|
| ███ | | | ███████ | | |

| City | State | Zip Code | Beat |
|---|---|---|---|
| ORLAND PARK | ILLINOIS | 60467 | 46 |

EXHIBIT B, Page 002

COOK COUNTY SHERIFF'S POLICE DEPARTMENT - INCIDENT REPORT            | SH-19-00209398 |

**People Specific Information**

**Non-Offender Details**                                                      (VICTIM - ███████)

Demographics

| **Role** | | **Type** | | |
| VICTIM | | INDIVIDUAL | | |

| **Information Refused?** NO | **Injured?** YES | **Law Enforcement Officer?** NO | **Sheriff's Employee?** NO |

| **Last Name** | **First Name** | **Middle Name** | **Name Suffix** |
| ████ | ████ | | |

| **Alias Last Name** | **Alias First Name** | **Maiden Name** | **Nickname** |

| **Sobriety** | **Birthdate** | **Place of Birth** |
| UNK | ██████ | |

| **Sex** | **Race** | | **Age (From)** | **Age (To)** | **Age Units** | **Age Estimated?** |
| MALE | WHITE | | 59 | | YEARS | NO |

| **Height (From)** | **Height (To)** | **Weight (From)** | **Weight (To)** | **Complexion** |
| 602 | | 240 | | UNKNOWN |

| **Eye Color** | **Hair Color** | **Hair Style** | **Build** | **Facial Hair** |
| GREEN | GREY/PART GREY | | MEDIUM | |

Address of Residence

| **Street #** | **Half Addr.?** | **Street Dir.** | **Street Name** | | **Unit #** |
| ████ | | | ██████ | | |

| **City** | **State** | **Zip Code** | **Beat** |
| ORLAND PARK | ILLINOIS | 60467 | 46 |

Injuries

| **Type** | **Description** | **Weapon Used** | **Weapon Description** | **Other Weapon Used** |
| --- | --- | --- | --- | --- |
| BURNT | FULL BODY | FIRE/INCDIARY DEVICE | | |

Injury Details

| **Law Enforcment First Aid?** NO | **EMS First Aid?** NO | **Other First Aid?** NO | **Medical Aid Refused?** NO |

**EMS Responding Unit**

| **Hospital** | **Physician Name** |

| **Removed By** | **Removed Date** | **Fatal Pronounced Date** |

| **Injury (Described)** | **Injury Cause** |

**Court Information**

**Incident Administrative Information**

EXHIBIT B, Page 003

COOK COUNTY SHERIFF'S POLICE DEPARTMENT - INCIDENT REPORT

SH-19-00209398

## Incident Administrative Information

### Associated Report Numbers

| Associated Records Case Number |
|---|

### Associated Central Booking Numbers

| Associated Central Booking Number |
|---|

### Report Involvements

| Officer | Role | Attested? | Attested Date | Date |
|---|---|---|---|---|
| Police Officer Christopher Harris #628 | REPORTING OFFICER | NO | | 06-AUG-2019 |
| Police Sergeant Charles Little #96 | REJECTOR | NO | | 06-AUG-2019 |

### Incident Notification Details

| Unit / Agency Notified | Last Name | First Name | Star # / ID # | Employee # | Beat / Position | LEADS # / NCIC # | Date / Time Notified | Notification Type |
|---|---|---|---|---|---|---|---|---|

## Incident Specific Information

## Property Information

### Currency Details

### Explosive Details

### Firearm Details

### Narcotic Details

### Other Property Details

EXHIBIT B, Page 004

COOK COUNTY SHERIFF'S POLICE DEPARTMENT - INCIDENT REPORT | SH-19-00209398

## Property Information

### Vehicle Details

Vehicle Custody Information

**Possessor / User of Vehicle at Time of Incident**

██████████

**Is Possessor / User the Owner of the Vehicle?**

Vehicle Category

| Vehicle Type | Vehicle Style |
|---|---|
| AUTOMOBILE | HARDTOP, 2-DOOR |

Vehicle Information

| Vehicle Year (From) | Vehicle Year (To) | Vehicle Make | Vehicle Model |
|---|---|---|---|
| 2004 | | CHEVROLET | MONTE CARLO |

| Vehicle Identifcation Number (VIN) | Vehicle Top Color | Vehicle Bottom Color |
|---|---|---|
| 2G1WX12K949272335 | ALUMINUM OR SILVER | ALUMINUM OR SILVER |

Vehicle Registration Information

| License Plate Number | License Plate State | Plate Expiration Month | Plate Expiration Year | License Plate Type |
|---|---|---|---|---|
| ██████ | IL | | | PC - PASSENGER |

Vehicle Status

Vehicle Status

| NO | Theft From Vehicle | NO | Vehicle is Evidence | NO | Vehicle Taken in Burglary |
|---|---|---|---|---|---|
| YES | Vehicle Burned | NO | Vehicle Stolen | NO | Vehicle Used As Weapon |
| NO | Vehicle Has Trapp | | | | |

Vehicle Tow Information

**Was the Vehicle Towed, Impounded or Seized?** NO

| Status Type | Reason for Tow | Auto Pound |
|---|---|---|
| TOWED | DEATH INVESTIGATION | |

Vehicle Disposition

### Vehicle Damage

Vehicle Damage Type

| Damage Type | Location | Description |
|---|---|---|
| Report-BY FIRE | | |

### Vehicle Identifiers

Vehicle Identifier Type

| Identifier Type | Location | Description |
|---|---|---|

COOK COUNTY SHERIFF'S POLICE DEPARTMENT - INCIDENT REPORT | SH-19-00209398

## Narrative

Do not duplicate or repeat information located elsewhere in this report, narratives are for explanation or additional information only. If there is an arrest include a full description of events leading to the arrest.

### Narrative

In summary, R/O was dispatched by the Cook County Communication Center, to a car fire at the above location. Upon arrival at the scene R/O was met by the Orland Park Fire Dept. who informed me that the vehicle that had been fully engulfed in flames, was occupied by the above victim. It was further communicated that the victim had succumb to his injuries. R/O contacted the communication center, Sergeant LITTLE, Detective Sergeant DAVIS as well as the Evidence Technician Division. R/O also put in a request for the State Fire Marshal Arson Investigator SMITH, Kevin to be notified.

R/O secured the scene and conducted a brief interview with the complainant's who called in the incident. R/O also canvased the area for surveillance systems that might have captured the incident. It was told to me by both complainants that they heard a suspicious noise outside in the front of their residences. When they looked outside they witnessed the above vehicles interior cabin fully engulfed in flames. It was unable to determine if it was occupied at the time so both parties contacted the 911 dispatch center.

Moments later, Sergeant LITTLE accompanied by Detective TORRES, Evidence Tech's LILLIEBRIDGE AND EVERS and Fire Marshal SITH arrived at the scene. R/O disseminated the information to the above staff as well as others that arrived on scene.

At approximately 0911 hours R/O contacted the medical examiners office and spoke with CLAXTON #2 medical examiner # ME201903648 was issued. Detective Sergeant DAVIS requested a body removal service and Allied Service Group (GORDAN #303 and JONES) responded to the scene and removed the remains of the victim transporting him to the medical examiners office. Automedics tow services was requested to relocate the vehicle and a hold for investigation was placed on it by Detective Sergeant DAVIS. The vehicle was transported by aurtomedics and escorted by R/O to the CCSPD headquarters Nothing Further

EXHIBIT B, Page 006



# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
## CRIMINALISTICS SECTION
## EVIDENCE REPORT

| JOB NUMBER | CASE REPORT NUMBER | DATE |
|---|---|---|
| 82990 | SH-19-00209398 | 06 Aug 2019 |

| ASSIGNMENT | TIME ASSIGNED | TIME ARRIVED |
|---|---|---|
| Death/ Motor Vehicle Fire Investigation | 0800 Hrs. | 0855 Hrs. |

| LOCATION | AGENCY / CASE NUMBER |
|---|---|
| 14482 Streamwood Road (ORLAND TWSP) | CCSPD/ SH-19-00209398 |

| VICTIM'S NAME | SEX | RACE | AGE | DATE OF BIRTH |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | M | W | 60 | ▮▮▮▮▮ |

| VICTIM'S ADDRESS | TELEPHONE NUMBER |
|---|---|
| ▮▮▮▮▮▮▮▮, Orland Park, Illinois | UNKNOWN |

| REQUESTED BY | PERSON SECURING SCENE |
|---|---|
| Det. Sgt. Davis #909/ CCSPD-MID | PO Harris #628/ CCSPD-Patrol |

| VEHICLE MAKE & MODEL | YEAR | COLOR | V.I.N. | LICENSE # | MILEAGE |
|---|---|---|---|---|---|
| Chev/ Monte Carlo | 2004 | Silver | 2G1WX12K949272335 | ▮▮▮▮ | DNA |

| MEDICAL EXAMINER / TIME ARRIVED | MORGUE # | INVENTORY # |
|---|---|---|
| Inv. Claxton #2 @0833 Hrs via TX | 2019-03648 | SH-19-00209398 |

## FORENSIC SUMMARY

| | | | | |
|---|---|---|---|---|
| Scene Sketch ▣ | Blood/DNA ☐ | Clothing ☐ | Entomology ☐ | Arson Evidence ☐ |
| Photographs ▣ | Buccal Swabs ☐ | Tool Marks ☐ | Guns ☐ | Incendiary Device ☐ |
| Video ☐ | C.S.A. Kit(s) ☐ | Trace Evidence ☐ | Projectiles/Casings ☐ | Narcotics ☐ |
| Latent Lifts ☐ | Property Recovered ☐ | Glass Fragments ☐ | G.S.R. Kit(s) ☐ | D.U.I. Kit(s) ☐ |
| Elimination Prints ☐ | Foot Wear ☐ | Computer Evidence ☐ | Knife ☐ | Other Evidence ▣ |
| Documents ☐ | Casts/Impressions ☐ | Electronic Media ☐ | Other Weapons ☐ | |

## SCENE CONDITION SUMMARY

| LOCATION TYPE | WEATHER CONDITIONS (e.g., Clear, Rain, Snow) |
|---|---|
| Roadway | Clear |

| LIGHTING CONDITIONS (e.g., Natural, Artificial) | OUTSIDE TEMPERATURE (If Applicable) |
|---|---|
| Natural | 65 Degrees |

**INSIDE TEMPERATURE (If Applicable)**
DNA

## ADDITIONAL VICTIM(S), SUSPECT(S), VEHICLE(S), OTHER

Description of Scene:

The scene of this outdoor DEATH/ MOTOR VEHICLE FIRE INVESTIGATION is the roadway in front of 14482 Streamwood Drive in Unincorporated Orland Township, Illinois. Streamwood Road measures 28'8" east to west.

The charred vehicle is located in the middle of roadway. The front passenger wheel has been chocked and the battery had been disconnected by Orland Park Fire Department prior to R/CIs arrival. The front of vehicle is facing south

**************************************************************** (CONTINUED)

| CRIMINALISTIC(S) INVESTIGATOR | | DETECTIVE(S) / AGENCY |
|---|---|---|
| Inv. Lilliebridge #639 | *Lilliebridge #639* | Det. Rogers #959 |
| Inv. Evers #652 | | CCSPD-MID |
| SUPERVISOR | | |
| *Sgt. Markttahan #72* | | EXHIBIT B, Page 007 |



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
CRIMINALISTICS SECTION
EVIDENCE REPORT/
CONTINUATION SHEET

| JOB NUMBER: | CR NUMBER: | INCIDENT/AGENCY: | PAGE: |
|---|---|---|---|
| 82990 | SH-19-00209398 | Death/ MV Fire Inv. | 2 OF 3 |

**Description of Scene:**
**(CONTINUED)**

with the front driver wheel is 103'9" north of the north curb of Pinewood Drive and 10'3" west of the east curb of Streamwood Road; the rear driver wheel is 113'5" north of the north curb of Pinewood Drive and 16' west of the east curb of Streamwood Road. The ignition was in gear. The headlights were on. The windshield wipers were on. The driver seat belt was not engaged. The driver window was half way down. The windshield, front passenger window, rear passenger window, rear window and rear driver window were shattered. All doors were closed.

**Cause of Fire & Area of Origin:**

Fire Marshall Kevin Smith #232/ 19V016027/ SW-19-0005996 related the CAUSE OF FIRE was Incendiary Ignition of Accumulation of Ignitable Vapors and AREA OF ORIGIN was within Passenger Compartment from Open Flame/ Flame Producing Ignition Sources, Services Inside Passenger Compartment Engaging Electrical Charger Cord Cell.

**Location / Position of Body:**

The victim is completely charred in the pugilistic pose seated in the front driver seat of vehicle.

**Condition & Visible**
**Wounds on Body:**

The charred victim has no visible injuries other than from the fire.

**Victim's Clothing:**

The charred victim was clothed in a jersey, cargo pants, socks and gym shoes.

**Evidence Collected:**

R/CIs collected the following items of evidence:
- empty Prozac bottle in victim's name
- 5 gallon metal gas can "Geri Can"
- sample of liquid from gas can
- driver seat cushion fabric
- passenger seat cushion fabric
- keys from the vehicle
- piece of airbag fabric
- metal piece recovered from victim's left thigh
R/CIs packaged and transferred these items in Property Control.

*********************************************************** (CONTINUED)

**INITIALS:**
**AL #639**

(FCN-92)(OCT 18)

EXHIBIT B, Page 008



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
CRIMINALISTICS SECTION
EVIDENCE REPORT/
CONTINUATION SHEET

| JOB NUMBER: | CR NUMBER: | INCIDENT/AGENCY: | PAGE: |
|---|---|---|---|
| 82990 | SH-19-00209398 | Death/ MV Fire Inv. | 3    OF 3 |

Miscellaneous:

   R/CIs digitally photographed the scene, vehicle and victim in color for the purpose of documentation as indicated on the attached photo-listing sheet. An original CD-R will remain in the Criminalistics Unit job file. A copy of the CD-R is available to the case detective.

   Additional personnel on scene: State Fire Marshall Smith, Battalion Chief Leddin, DC Cinquepapmi, Lt. Ritchie, ENG Paliga, Dir Neuman, FF Bouche, FF Rafferty, FF Stachnik, FF Pape /Orland Park FD; Lt. Goldsmith, Sgt. Little /CCSPD-Patrol, DC Rafferty, Det. Lt. Gleason, Det. Sgt. Davis, Det, Georgantas, Det. Doyle, Det. Torres, Det. Woods, Det. Perez, Det. Gassman, Det. Draz, Det. McPhillips, Det. Austin, Det. Collins, Det. Rogers / CCSPD-MID.

   ******************************************************** (NO FURTHER)
Inv. Amy M. Lilliebridge #639
82990/ SSH-19-00209398/ 06Aug19

| INITIALS: |
|---|
| AL #639 |

(FCN-92)(OCT 18)



**Cook County SHERIFF THOMAS J DART**

**Evidence & Property Listing**

Case #: **SH-19-00209398**

Investigator: **ABEL R. TORRES**

Offense: **DEATH INVESTIGATION**

| E = Evidence    F = Found    S = Safekeeping | | | | | Page 1 of 1 of Listed Evidence | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DISTRICT ATTORNEY'S OFFICE DISPOSITION | | | |
| ITEM BARCODE | ITEM # | CAT | QNT | Description<br>Current Status | Attributes | Dispose | Return to Owner | Hold for Appeal | Release to School |
| ‖‖‖‖‖‖ | 1 | E | 1 | Misc. Property - Metal 5 Gallon Gas Can<br>Current Status: [] | | ☐ | ☐ | ☐ | ☐ |
| ‖‖‖‖‖‖ | 2 | E | 1 | Misc. Property - Driver seat cushion fabric<br>Current Status: [] | | ☐ | ☐ | ☐ | ☐ |
| ‖‖‖‖‖‖ | 3 | E | 1 | Misc. Property - Passenger seat cushion fabric padding<br>Current Status: [] | | ☐ | ☐ | ☐ | ☐ |
| ‖‖‖‖‖‖ | 4 | E | 1 | Misc. Property - Sample of liquid from gas can<br>Current Status: [] | | ☐ | ☐ | ☐ | ☐ |
| ‖‖‖‖‖‖ | 5 | E | 1 | Misc. Property - Keys from vehicle<br>Current Status: [] | | ☐ | ☐ | ☐ | ☐ |
| ‖‖‖‖‖‖ | 6 | E | 1 | Misc. Property - Empty PROZAC bottle of 90 pills in Victim name<br>(Jerold Wojcik)<br>Current Status: [] | | ☐ | ☐ | ☐ | ☐ |
| ‖‖‖‖‖‖ | 7 | E | 1 | Misc. Property - Piece of driver airbag fabric<br>Current Status: [] | | ☐ | ☐ | ☐ | ☐ |
| ‖‖‖‖‖‖ | 8 | E | 1 | Misc. Property - Metal piece recovered from left thigh of victim<br>Current Status: [] | | ☐ | ☐ | ☐ | ☐ |

| | |
|---|---|
| Judge's Signature | Date: |
| A.D.A. Signature | Date: |
| Officer Signature | Date: |

C:\inetpub\wwwroot\CCSO_PROD\reports\MSSQL\RECEIPT49A.RPT



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
**CRIMINALISTIC UNIT**
**PHOTO SHEET**

| GENERAL INFORMATION | | |
|---|---|---|
| **JOB NUMBER:**<br>82990 | **INCIDENT/AGENCY:**<br>Death Inv./CCSPD | ■ Color Still<br>☐ Black and White Still |

| | |
|---|---|
| 1. | Grey Card |
| 2. | Overall of the intersection south of the scene |
| 3. | Overall of the scene      south to north |
| 4. | Overall of the scene      south to north |
| 5. | Overall of the scene      south to north |
| 6. | Overall of the scene      west to east |
| 7. | Overall of the scene      north to south |
| 8. | Overall of the scene      east to west |
| 9. | Overall of the scene      east to west |
| 10. | Mid-range of the driver's side of the vehicle |
| 11. | Mid-range of the rear of the vehicle |
| 12. | Mid-range of the passenger side of the vehicle |
| 13. | Mid-range of the front of the vehicle |
| 14. | Close up of the engine compartment |
| 15. | Close up of the passenger door |
| 16. | Overall of the front passenger interior |
| 17. | CLose up of the front passenger interior |
| 18. | Close up of the front passenger interior |
| 19. | Close up of the rear passenger interior |
| 20. | Close up of the rear window |
| 21. | Close up of the front driver's seat |
| 22. | Close up of the victim |
| 23. | Close up of the item on the victim's left leg |
| 24. | Close up of the item with scale |
| 25. | Close up of the gasoline can |
| 26. | Close up of the gasoline can |
| 27. | Close up of the driver's door |
| 28. | Close up of the driver's door window            (Continued)     WE #652 |
| | |

(FCN-91)(OCT 18)



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
**CRIMINALISTIC UNIT**
**PHOTO SHEET**

| GENERAL INFORMATION | | |
|---|---|---|
| JOB NUMBER:<br>82990 | INCIDENT/AGENCY:<br>Death Inv./ CCSPD | ■ Color Still<br>☐ Black and White Still |

| | |
|---|---|
| 29. | Close up of the victim's face |
| 30. | Close up of the victim's upper body |
| 31. | Close up of the victim's legs |
| 32. | Close up of the victim's legs |
| 33. | Close up of the victim's right hand |
| 34. | Close up of the object by the victim's legs with scale |
| 35. | Close up of the driver's seat belt |
| 36. | Close up of the victim's legs |
| 37. | Close up of the victim's legs |
| 38. | Close up of the victim's legs |
| 39. | Close up of the victim's face |
| 40. | Close up of the victim's left hand |
| 41. | Close up of the victim's right hand |
| 42. | Overall of the victim |
| 43. | Close up of the victim's legs |
| 44. | Close up of the right side of the victim's legs |
| 45. | Close up of the victim's back |
| 46. | Close up of the victim's feet |
| 47. | Overall of the front driver's interior |
| 48. | Overall of the front driver's interior |
| 49. | Overall of the front driver's interior |
| 50. | Close up of the gas can |
| 51. | Close up of the gas can |
| 52. | Close up of a piece of fire debris (similar to the item near the victim's leg) |
| 53. | Close up of the gas can |
| 54. | Close up of the gas can |
| 55. | Close up of fire damage |
| 56. | Close up of fire damage        (Continued)        WE#652 |

(FCN-91)(OCT 18)



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
**CRIMINALISTIC UNIT**
**PHOTO SHEET**

| GENERAL INFORMATION | | |
|---|---|---|
| **JOB NUMBER:**<br>82990 | **INCIDENT/AGENCY:**<br>Death Inv./ CCSPD | ■ Color Still<br>☐ Black and White Still |

| | |
|---|---|
| 57. | Close up of fire damage |
| 58. | Close up of fire debris with scale |
| 59. | Overall of the victim's residence |
| 60-61. | Overall of the victim's garage |
| 62. | Close up of the driver's seat |
| 63. | Overall of the passenger side of the vehicle |
| 64. | Close up of paper work inside the vehicle |
| 65. | Overall of the driver's seat |
| 66. | Close up of fire damage with scale |
| 67. | Close up of fire damage |
| 68. | Close up of fire damage with scale |
| 69. | Overall of the trunk interior |
| 70. | Close up of medicine bottle |
| 71. | Overall of the rear interior |
| 72. | Overall of the fire damage with scale |
| 73. | Overall of the rear interior of the vehicle |
| 74. | Close up of fire debris with scale |
| 75. | Close up of fire damage |
| 76-79. | Close up of fire damage with scale |
| 80. | Close up of fire debris with scale |
| 81. | Close up of fire debris with scale |
| 82. | Close up of fire damage with scale |
| 83-86. | Overall of the exterior fire damage on the vehicle     (End of disk 1) |
| 87-88. | Overall of the exterior damage on the vehicle   (Start disk 2) |
| 89. | Overall of the driver's seat |
| 90. | Overall of the rear interior of the vehicle |
| 91. | Overall of the engine compartment |
| 92. | Overall of the front passenger interior          (Continued)          WE #652 |

(FCN-91)(OCT 18)



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
**CRIMINALISTIC UNIT**
**PHOTO SHEET**

| GENERAL INFORMATION | | |
|---|---|---|
| JOB NUMBER:<br>82990 | INCIDENT/AGENCY:<br>Death Inv./ CCSPD | ■ Color Still<br>☐ Black and White Still |

| | |
|---|---|
| 93. | Overall of the rear interior |
| 94. | Close up of the victim's work ID |
| 95. | Close up of an item on the ground with scale |
| 96. | Overall of the rear of the vehicle |
| 97. | Overall of the driver's side exterior of the vehicle |
| 98. | Close up of the front driver's side wheel |
| 99. | Overall of the rear of the vehicle |
| 100. | Overall of the vehicle on the tow truck |
| | *** End of Listing ***        WE #652 |

(FCN-91)(OCT 18)



# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
## CRIMINALISTICS SECTION
### EVIDENCE REPORT

| GRID | · | M.H. | |
|---|---|---|---|

| JOB NUMBER 82990 A | CASE REPORT NUMBER SH-19-00209398 | DATE 06 Aug 2019 |
|---|---|---|

| ASSIGNMENT TRANSFER OF EVIDENCE TO CCSPD PROPERTY CONTROL | TIME ASSIGNED 1540 Hrs. | TIME ARRIVED 1540 Hrs. |
|---|---|---|

| LOCATION 1401 MAYBROOK DR., MAYWOOD IL. 60153 | AGENCY / CASE NUMBER CCSPD/ SH-19-00209398 |
|---|---|

| VICTIM'S NAME ▇▇▇▇▇▇▇▇ | SEX M | RACE W | AGE 59 | DATE OF BIRTH ▇▇▇▇ |
|---|---|---|---|---|
| VICTIM'S ADDRESS ▇▇▇▇▇▇ (ORLAND TWSP) | TELEPHONE NUMBER | | | |

| PHOTOGRAPHS DNA ▇ | CRIME SCENE SKETCH DNA ▇ |
|---|---|
| B & W ☐  COLOR ☐  VIDEO ☐ | ATTACHED ☐  IN FILE ☐ |

| REQUESTED BY CRIMINALISTICS UNIT | PERSON SECURING SCENE DNA |
|---|---|

| VEHICLE MAKE & MODEL DNA ▇ | YEAR DNA | COLOR DNA | V.I.N. DNA | LICENSE # DNA | MILEAGE DNA |
|---|---|---|---|---|---|

| MEDICAL EXAMINER / TIME ARRIVED DNA ▇ | MORGUE # DNA | STATE LAB # DNA | INVENTORY # SH-19-00209398 |
|---|---|---|---|

**NARRATIVE** (The following inventory numbers and items have been transferred from the Criminalistics Unit to the Evidence and Recovered Property Section)

**TRANSFER OF EVIDENCE:**

INVENTORY NUMBERS AND ITEMS: SH-19-00209398

Items #1 thru 8

NOTHING FURTHER.

| CRIMINALISTICS INVESTIGATOR | DETECTIVE / AGENCY |
|---|---|
| Inv. Amy M. Lilliebridge #639   *Kimberly #39* | Det. Torres #926 CCSPD-MID |

| SUPERVISOR |
|---|
| *Sgt. Sahttaler #72* |

(FCN-99)(OCT 18)

EXHIBIT B, Page 0 5



**Cook County**
**SHERIFF**
THOMAS J DART

**Evidence Transfer**
**Receipt**

| | |
|---|---|
| **Transfered to Custody Of:** | Intake Lockers |
| **Person / Location:** | Intake Locker 02 |
| **Date / Time:** | 8/6/2019 / 3:37 pm |
| **Transfered By:** | LILLIEBRIDGE A. (639) |

**Items Transferred**

| Department Case # | Item # | Item Type | Description | Barcode |
|---|---|---|---|---|
| SH-19-00209398 | 1 | Misc. Property | Metal 5 Gallon Gas Can | |
| SH-19-00209398 | 2 | Misc. Property | Driver seat cushion fabric | |
| SH-19-00209398 | 3 | Misc. Property | Passenger seat cushion fabric padding | |
| SH-19-00209398 | 4 | Misc. Property | Sample of liquid from gas can | |
| SH-19-00209398 | 5 | Misc. Property | Keys from vehicle | |
| SH-19-00209398 | 6 | Misc. Property | Empty PROZAC bottle of 90 pills in Victim name (Jerold Wojcik) | |
| SH-19-00209398 | 7 | Misc. Property | Piece of driver airbag fabric | |
| SH-19-00209398 | 8 | Misc. Property | Metal piece recovered from left thigh of victim | |

8/6/2019

Recipients Signature (Print and Sign)          Date

Released By Officers Signature (Print and Sign)          Date

Supervisors Signature (Print and Sign)          Date



# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
## CRIMINALISTICS SECTION
### EVIDENCE REPORT

| GRID | | M.H. | |
|---|---|---|---|

| JOB NUMBER | CASE REPORT NUMBER | DATE |
|---|---|---|
| 82990 B | SH-19-00209398 | 07 Aug 19 |

| ASSIGNMENT | TIME ASSIGNED | TIME ARRIVED |
|---|---|---|
| Death Investigation     (Morgue Run) | 0700 Hrs | 0730 Hrs |

| LOCATION | AGENCY / CASE NUMBER |
|---|---|
| 2121 W. Harrison Ave | CCSPD/SH-19-00209398 |

| VICTIM'S NAME | SEX | RACE | AGE | DATE OF BIRTH |
|---|---|---|---|---|
| ███████████ | M | W | 59 | ██████████ |

| VICTIM'S ADDRESS | TELEPHONE NUMBER |
|---|---|
| ████████████████, Orland Park, IL | |

| PHOTOGRAPHS | DNA ☐ | CRIME SCENE SKETCH | DNA ■ |
|---|---|---|---|
| B & W ☐    COLOR ■ | VIDEO ☐ | ATTACHED ☐ | IN FILE ☐ |

| REQUESTED BY | PERSON SECURING SCENE |
|---|---|
| Det. Sgt. Davis #909 | Forensic Personnel |

| VEHICLE MAKE & MODEL | DNA ■ | YEAR | COLOR | V.I.N. | LICENSE # | MILEAGE |
|---|---|---|---|---|---|---|
| DNA | | DNA | DNA | DNA | DNA | DNA |

| MEDICAL EXAMINER / TIME ARRIVED | DNA ☐ | MORGUE # | STATE LAB # | INVENTORY # |
|---|---|---|---|---|
| Inv. Claxton #2 | | 19-3648 | DNA | SH-19-00209398 |

## NARRATIVE

| Assigned Pathologist: | Dr. Khan is the assigned Pathologist for ME Case # 19-03648 |
|---|---|
| Wounds: | The victim's body is burned. Please see the doctor's protocol for further specifics. |
| Cause/Manner: | Dr. Khan stated that the Cause of Death is Undetermined at this time pending further medical studies. |
| Clothing: | The following items of clothing were recovered from the victim:  White shoes, white socks, shorts, belt, underwear, shirt, and melted plastic pieces. |
| Evidence: | Along with the above listed clothing, R/CI received a blood card from Dr. Khan. The clothing and blood card were collected, packaged, and inventoried under SH-19-00209398. See the attached property inventory sheet for any additional information.  These items were transferred to the Cook County Sheriff's Police Evidence and Recovered Property Section. |

(Continued)

| CRIMINALISTICS INVESTIGATOR | DETECTIVE / AGENCY |
|---|---|
| Inv. William Evers #652    *signature* | Det. Reyes #971 / CCSPD-MID |

| SUPERVISOR |
|---|
| *Sgt. Sautdoba #72* |

(FCN-90)(OCT 18)



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
**CRIMINALISTICS SECTION**
**EVIDENCE REPORT/**
**CONTINUATION SHEET**

| JOB NUMBER: | CR NUMBER: | INCIDENT/AGENCY: | PAGE: |
|---|---|---|---|
| 82990 B | SH-19-00209398 | Death Inv / CCSPD | 2 OF 2 |

Miscellaneous:

   The victim was photographed in color. See the attached photograph listing sheet for any additional information. A CD-R will be retained in the Criminalistic Unit job file. A CD-R will be available to case investigators upon request.

*** End of Report ***

INITIALS:
WE #652

(FCN-92)(OCT 18)



**Cook County**
**SHERIFF**
THOMAS J DART

**Evidence &**
**Property Listing**

Case #: **SH-19-00209398**

Investigator: **ABEL R. TORRES**

Offense: **DEATH INVESTIGATION**

| E = Evidence   F = Found   S = Safekeeping | | | | | | **Page 1 of 1 of Listed Evidence** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DISTRICT ATTORNEY'S OFFICE DISPOSITION | | | |
| ITEM BARCODE | ITEM # | CAT | QNT | Description<br>Current Status | Attributes | Dispose | Return to Owner | Hold for Appeal | Release to School |
| | 9 | E | 1 | Clothes - Shoes, socks, shorts, belt, underwear, shirt, and plastic car pieces (from the morgue)<br>**Current Status:** [] | | ☐ | ☐ | ☐ | ☐ |
| | 10 | E | 1 | Biological Sample - One blood card from the victim at the morgue)<br>**Current Status:** [] | | ☐ | ☐ | ☐ | ☐ |

| | | |
|---|---|---|
| Judge's Signature | Date: | |
| A.D.A. Signature | Date: | |
| Officer Signature | Date: | |

C:\inetpub\wwwroot\CCSO_PROD\reports\MSSQL\RECEIPT49A.RPT



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
**CRIMINALISTIC UNIT**
**PHOTO SHEET**

| GENERAL INFORMATION | | |
|---|---|---|
| **JOB NUMBER:**<br>82990 B | **INCIDENT/AGENCY:**<br>Death Inv./ CCSPD | ■ Color Still<br>□ Black and White Still |

| | |
|---|---|
| 1. | Grey card |
| 2. | Overall of the victim's front upper body |
| 3. | Overall of the victim's front lower body |
| 4. | Close up of the victim's clothes |
| 5. | Close up of the victim's clothes |
| 6. | Close up of the victim's clothes |
| 7. | Close up of the victim's back |
| 8. | Close up of the back of the victim's legs |
| 9. | Close up of the victim's face |
| 10. | Close up of the victim's right hand |
| 11. | Close up of the victim's right hand |
| 12. | Close up of the victim's right leg |
| 13. | Close up of the left side of the victim's face |
| 14. | Close up of the victim's left arm |
| 15. | Close up of the victim's left hand |
| | *** End of Listing ***          WE #652 |

(FCN-91)(OCT 18)



# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
## CRIMINALISTICS SECTION
### EVIDENCE REPORT

| GRID | | M.H. | |
|---|---|---|---|

| JOB NUMBER | CASE REPORT NUMBER | DATE |
|---|---|---|
| 82990 C | SH-19-00209398 | 16 Aug 2019 |

| ASSIGNMENT | TIME ASSIGNED | TIME ARRIVED |
|---|---|---|
| TRANSFER OF EVIDENCE TO CCSPD PROPERTY CONTROL | 0805 Hrs. | 0805 Hrs. |

| LOCATION | AGENCY / CASE NUMBER |
|---|---|
| 1401 MAYBROOK DR., MAYWOOD IL. 60153 | CCSPD/ SH-19-00209398 |

| VICTIM'S NAME | | SEX | RACE | AGE | DATE OF BIRTH |
|---|---|---|---|---|---|
| ███ A | | M | W | 59 | ███ |

| VICTIM'S ADDRESS | TELEPHONE NUMBER |
|---|---|
| ███ (ORLAND TWSP) | |

| PHOTOGRAPHS    DNA ☒ | CRIME SCENE SKETCH    DNA ☒ |
|---|---|
| B & W ☐    COLOR ☐    VIDEO ☐ | ATTACHED ☐    IN FILE ☐ |

| REQUESTED BY | PERSON SECURING SCENE |
|---|---|
| CRIMINALISTICS UNIT | DNA |

| VEHICLE MAKE & MODEL    DNA ☒ | YEAR | COLOR | V.I.N. | LICENSE # | MILEAGE |
|---|---|---|---|---|---|
| DNA | DNA | DNA | DNA | DNA | DNA |

| MEDICAL EXAMINER / TIME ARRIVED    DNA ☒ | MORGUE # | STATE LAB # | INVENTORY # |
|---|---|---|---|
| DNA | DNA | DNA | SH-19-00209398 |

**NARRATIVE** (The following inventory numbers and items have been transferred from the Criminalistics Unit to the Evidence and Recovered Property Section)

TRANSFER OF EVIDENCE:

INVENTORY NUMBERS AND ITEMS: SH-19-00209398

Items #9 & 10.

NOTHING FURTHER.

| CRIMINALISTICS INVESTIGATOR | | DETECTIVE / AGENCY |
|---|---|---|
| Inv. Amy M. Lilliebridge #639 | *[signature]* #639 | Det. Torres #926<br>CCSPD-MID |

| SUPERVISOR |
|---|
| Sgt. *[signature]* #72 |

EXHIBIT B, Page 021

(FCN-99)(OCT 18)



## *Cook County*
## *SHERIFF*
### THOMAS J DART

## *Evidence Transfer Receipt*

| | |
|---|---|
| **Transfered to Custody Of:** | ERPS Office |
| **Person / Location:** | ET DRYING CABINET |
| **Date / Time:** | 8/7/2019 / 12:12 pm |
| **Transfered By:** | EVERS W. (652) |

## Items Transfered

| Department Case # | Item # | Item Type | Description | Barcode |
|---|---|---|---|---|
| SH-19-00209398 | 9 | Clothes | Shoes, socks, shorts, belt, underwear, shirt, and plastic car pieces (from the morgue) | ‖‖ ‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ ‖‖ ‖‖ |

_____     8/7/2019
Recipients Signature (Print and Sign)          <u>Date</u>


_____     _____
Released By Officers Signature (Print and Sign)     <u>Date</u>


_____     _____
Supervisors Signature (Print and Sign)          <u>Date</u>



**Cook County**

**SHERIFF**

THOMAS J DART

*Evidence Transfer*
*Receipt*

| | |
|---|---|
| **Transfered to Custody Of:** | Intake Lockers |
| **Person / Location:** | Intake Locker 02 |
| **Date / Time:** | 8/17/2019 / 7:59 am |
| **Transfered By:** | LILLIEBRIDGE A. (639) |

### Items Transfered

| Department Case # | Item # | Item Type | Description | Barcode |
|---|---|---|---|---|
| SH-19-00209398 | 9 | Clothes | Shoes, socks, shorts, belt, underwear, shirt, and plastic car pieces (from the morgue) | |

_____                      8/17/2019
Recipients Signature (Print and Sign)                  _____
                                                       Date

_____
Released By Officers Signature (Print and Sign)        _____
                                                       Date

_____
Supervisors Signature (Print and Sign)                 _____
                                                       Date

C:\inetpub\wwwroot\CCSO_PRODreports\MSSQL\transfer.rpt



## Cook County SHERIFF
### THOMAS J DART

**Evidence Transfer Receipt**

| | |
|---|---|
| **Transfered to Custody Of:** | Intake Lockers |
| **Person / Location:** | Intake Locker 15 |
| **Date / Time:** | 8/7/2019 / 12:09 pm |
| **Transfered By:** | EVERS W. (652) |

### Items Transfered

| Department Case # | Item # | Item Type | Description | Barcode |
|---|---|---|---|---|
| SH-19-00209398 | 10 | Biological Sample | One blood card from the victim at the morgue) | |

_____     8/7/2019

Recipients Signature (Print and Sign)     Date

_____

Released By Officers Signature (Print and Sign)     Date

_____

Supervisors Signature (Print and Sign)     Date



# COOK COUNTY SHERIFF'S POLICE DEPARTMENT
## CRIMINALISTICS SECTION
### EVIDENCE REPORT

| GRID | | M.H. | |
|------|------|------|------|
| **JOB NUMBER** 82990 | **CASE REPORT NUMBER** SH-19-209398 | | **DATE** 06 Aug 19 |

| **ASSIGNMENT** | **TIME ASSIGNED** | **TIME ARRIVED** 855 hrs |
|------|------|------|
| **LOCATION** ORLAND | **AGENCY / CASE NUMBER** | |
| **VICTIM'S NAME** | **SEX** | **RACE** | **AGE** | **DATE OF BIRTH** |
| **VICTIM'S ADDRESS** | **TELEPHONE NUMBER** | | | |

| **PHOTOGRAPHS** DNA ☐    B & W ☐   COLOR ☐   VIDEO ☐ | **CRIME SCENE SKETCH** ATTACHED ☐   DNA ☐ IN FILE ☐ |
|------|------|
| **REQUESTED BY** | **PERSON SECURING SCENE** HARRIS #628 |

| **VEHICLE MAKE & MODEL** DNA ☐ CHV / MONTE CARLO | **YEAR** 2004 | **COLOR** SILVER | **V.I.N.** 272335 2G1WX12K999 | **LICENSE #** | **MILEAGE** |
|------|------|------|------|------|------|
| **MEDICAL EXAMINER / TIME ARRIVED** CLAXTON#2 | PHOTO ☐ DNA ☐ 70833hrs | **MORGUE #** 2019 3648 | **STATE LAB #** | **INVENTORY #** | |

| **NARRATIVE** 19V016027 SW-19- 0005996 FM 232 KEVIN SMITH | BATTALION CHIEF LEDDIN   ORLAND FIRE PINEWOOD PK STREAMWOOD RD ORLAND FD #6 DRIVER WINDOW ½ WAY DOWN |
|------|------|

| **CRIMINALISTICS INVESTIGATOR** AV #639 | **DETECTIVE / AGENCY** 1040hrs removed JI JONES 303 GORDON ALLIES |
|------|------|
| **SUPERVISOR** RL 72 | |

EXHIBIT B, Page 025

(FCN-90)(OCT 18)



Office DEPOT

2G1WA2K\~7412T2995
2004 CHEVY MONTE CARLO
01/10/1964
SHARON A WOJCIK
JEROLD A WOJCIK
L20 240 GRY-GRN

ORLAND PARK, IL 60467

08:33 T.O.D ON SCENE

Vehicle Parked between
IN MIDDLE OF STREET

WESTSIDE
14482 - 14490

EASTSIDE
14489

S
↑

14489

14489

14482

EXHIBIT

SH-19-30038

ME2019 050
07/22/2011 08:17
Claxton 2

### COOK COUNTY SHERIFF'S

CRIME SCENE

NATURE OF CRIME SCENE _____

LOCATION OF CRIME SCENE _____

C/R # _____

DATE _____

NAME/STAR FIRST OFFICER ON SCENE _____

| NAME | STAR # | TIME IN | TIME OUT |
|------|--------|---------|----------|
| R.J. STACHNIK | #0965 | 08:00 | |
| N. CINQUEPALMI | # D.C. | 08:00 | |
| M. SCHOFIELD | CHIEF | 08:15 | |
| B. LEDPW | B/C | 08:15 | |
| J. PAPE | FF/PM | 7:38 | 8:31 |
| *D. RITCHIE | LT 6181 | 7:38 | 8:31 |
| B. PALICA | ENGR 192 | 7:38 | 8:31 |
| R. Bouche/Roberty T. | FF/PM 219/120 | 830 | |
| K. SMITH #232 | STATE FM | 08:12 | |
| Torres #924 | | 853 | |
| Evers | 652 | 853 | |
| Lthia Bridge 92990 | 639 | 855 | |

(773)
814-233

DIX "A"



Case: 1:22-cv-00518 Document #: 26-2 Filed: 04/12/23 Page 29 of 32 PageID #:573



# 30° NE

41°37'33" N  87°54'39" W

Orland Park, IL

720 ft Elevation

**OFFICE OF THE ILLINOIS STATE FIRE MARSHAL**
**DIVISION OF** ~~FIRE AND EXPLOSION CRIME~~ **INVESTIGATION**

**INCIDENT INITIATION FIELD REPORT**

| Type: | Arrest: |
|---|---|
| ☒ Vehicle | ☐ Adult: |
| ☐ Structure | ☐ Juvenile: |
| ☐ Explosion | ☐ Warrant |
| ☐ Other | |

**State Fire Marshal IR Number:** 19V016027
**Illinois State Police CAD Number:** SW-19-0005996
**Date Assigned:** _____ **Time:** _____
**Date and Time on Scene:** _____

**Incident Address:** 14489
**Street:** Streamwood
**City:** ORLAND PARK
**County of Assignment:** COOK

**Requesting Agency:** SH-19-20938
**Person Requesting:** _____
**Date Occurrence:** 06 AUG 19 **Time:** 0731
**Fire Department:** _____ **NIFIRS IR:** _____

**Law Enforcement Agency - IR:** SH-19-20938
**Date/Time Requested:** 06 AUG 19 07:58
**Detective Assigned:** A. TORRES
**Contact:** _____

**Contact Information**

☒ Owner ☐ Person Having Authority ☐ Other
**Name:** WOJCIK, SHARON A
**Sex/Race/Dob:** F, W ████
**ID/DL:** ████

**Address:**
**Street:** ████
**City:** ORLAND PARK **County:** COOK
**State:** ILLINOIS **Zip:** _____
**Address:** _____

Cell: _____
Home: _____
Work: _____
Other: _____

**Employer:** _____

☐ Resident ☐ Tenant ☒ Occupant ☐ Employee
**Name:** _____
**Sex/Race/Dob:** M, W ████
**ID/DL:** ████
**Employer:** _____

**Address:**
**Street:** ████
**City:** ORLAND PARK **County:** COOK
**State:** ILLINOIS **Zip:** _____
**Address:** _____

**Contact Information**
Home: _____
Work: _____
Cell: _____
Other: _____

**Description of Property:** 2004 SILVER MONTE CARLO IL ████ 2G1WX12K949272335

**Business Name:** _____ **Type of Business:** _____ **Status:** _____

**Right of Entry:** ☐ Verbal ☐ Written ☒ Exigent Circumstances ☐ Administrative Warrant ☐ Search Warrant ☐ Other: _____

**Injury – fatality Information:**
**Injuries:** ☐ ☐ Civilian ☐ Public Safety **Fatalities** ☒ 1 ☐ Civilian ☐ Public Safety ☐ Other: _____
**Type of Injuries:** ☒ Thermal ☐ Smoke Inhalation ☐ Trauma ☐ Medical **Description** FULL THICKNESS 80% body mass
08:33 DOD SMITH #232

**Medical Facility:** _____
**ER Physician:** _____
**Coroner/Medical Investigator:** CLAYTON,
**ME Pathologist:** _____
**COHb Level:** _____ **Thermal/Trauma Injuries:** _____
**Toxicology:** _____

**Transported By:** _____ **EMS Report#** _____
**Date Admitted:** _____ **Date Pronounced:** _____ **Time:** _____
**Case Number:** 2019-03648 **Date:** 06 Aug 19 **Time of Death:** 08:33
**County:** _____ **Contact:** _____ **Ext:** _____
**Cause of Death:** _____ **Manor of Death** _____

**Scene Documentation:**
**Photos:** ☐ Yes ☐ No
**Diagram:** ☐ Yes ☐ No
**Photographer:** _____
**Diagram:** _____
**Other:** _____
**Agency:** _____ **Contact:** _____
**Agency:** _____ **Contact:** _____
**Agency:** _____ **Contact:** _____

**Evidence Processed**
☐ Yes ☐ No
☐ Custody
☐ Transferred
**Name:** LILLIE BRIDGE 639
**Name:** _____
**Name:** _____
**Agency:** C.C.S.P.D **Contact:** 708-865-4800
**Agency:** _____ **Contact:** _____
**Agency:** _____ **Contact:** _____

**Evidence Control Number:** **Agency:** _____ **# Exhibits:** _____ **Crime Lab Number:** _____ **Received:** _____

☐ Ignitable Liquid ☐ Explosive Compounds ☐ DNA ☐ Latent ☐ Chemical Trace ☐ Digital/Video ☐ Footware Impression ☐ Tire Impression ☐ Other



**COOK COUNTY SHERIFF'S POLICE DEPARTMENT**
**CRIMINALISTICS SECTION**
**EVIDENCE REPORT**

| GRID | | M.H. | |
|---|---|---|---|
| **JOB NUMBER** 82990 B | **CASE REPORT NUMBER** SH-19-00209398 | | **DATE** 07 Aug 2019 |

| ASSIGNMENT | | |
|---|---|---|
| Death Investigation (MORGUE REQUEST) | **TIME ASSIGNED** ·0700 Hrs. | **TIME ARRIVED** 0700 Hrs |

| LOCATION | AGENCY / CASE NUMBER |
|---|---|
| 2121 W. Harrison, Chicago, Illinois | CCSPD/ SH-19-00209398 |

| VICTIM'S NAME | SEX | RACE | AGE | DATE OF BIRTH |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | M | W | 59 | ▮▮▮▮▮▮ |

| VICTIM'S ADDRESS | TELEPHONE NUMBER |
|---|---|
| ▮▮▮▮▮▮▮▮▮, Orland Park, IL | |

| PHOTOGRAPHS | DNA ☐ | CRIME SCENE SKETCH | | DNA ☒ |
|---|---|---|---|---|
| B & W ☐ COLOR ☒ | VIDEO ☐ | | ATTACHED ☐ | IN FILE ☐ |

| REQUESTED BY | PERSON SECURING SCENE |
|---|---|
| Det. Sgt. Davis #909/ CCSPD-MID | Forensic Personnel |

| VEHICLE MAKE & MODEL | DNA ☒ | YEAR | COLOR | V.I.N. | LICENSE # | MILEAGE |
|---|---|---|---|---|---|---|
| DNA | | DNA | DNA | DNA | DNA | DNA |

| MEDICAL EXAMINER / TIME ARRIVED | DNA ☒ | MORGUE # | STATE LAB # | INVENTORY # |
|---|---|---|---|---|
| Inv. Claxton #2 | | 2019-03648 | DNA | |

| NARRATIVE | |
|---|---|
| *DR. KHAN* | Victim was seated in a vehicle in the middle of the street in front of ▮▮▮▮▮▮▮▮ in Orland Park, IL Vehicle was fully engulfed and a gas can was on front passenger seat. No gas cap was found. Victim is completely charred.

SFM Kevin Smith #232 responded.

PER Det. Sgt. Davis #909, *call with C&A so vehicle can be released*

*Please obtain the following*:
Doctor
Cause & Manner- *Pending further Medical studies*
Photos
- *White Shoes, White socks, Shirt, Belt, underwear*✓ *& Blood card*
*Shirt (Plastic Pieces)* |
| Request: | |

| CRIMINALISTICS INVESTIGATOR | DETECTIVE / AGENCY |
|---|---|
| | Det. Reyes #971 CCSPD-MID |

| SUPERVISOR | |
|---|---|
| *RL72* | |

(FCN-90)(OCT 18)



## COOK COUNTY SHERIFF'S POLICE DEPARTMENT
### EVIDENCE TECHNICIAN UNIT
### MEDICAL EXAMINER EVIDENCE RECEIPT

Victim's name ▓▓▓▓▓▓▓▓▓     Morgue Number _19·3648_

Job# _R29613_ Cr# _19-205398_ Date _7 Aug 19_ Time _1100_

CHECK ITEMS BELOW:                   OTHER (DECSRIBE)
_X_ Blood Card          ___ Fingernail Clippings     _____
___ Projectile Envelope(s)#___    ___ Oral Swab            _____
___ Head Hair            ___ Rectal Swab          _____
___ Pubic Hair           ___ Vaginal Swab         _____

Clothing (Describe): _Shoes, Socks, Shirt, Shorts, Belt, underwear._
_Car pants_

_____

_____

_____

Received From: _Dr. Khan_ M.D. Received By: _Evers_ Star# _652_

## RECEIVED SUBJECT TO VERIFICATION

EXHIBIT B, Page 032